# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: _____

U.S. District Court case number: _____

Date case was first filed in U.S. District Court: _____

Date of judgment or order you are appealing: _____

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

[ ]

Is this a cross-appeal?   ○ Yes   ○ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?   ○ Yes   ○ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

_____

_____

City: _____   State: ___   Zip Code: _____

Prisoner Inmate or A Number (if applicable): _____

Signature [signature]   Date _____

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                              Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   *1*                                  *New 12/01/2018*

Mark Dickerson
21005 NW Sauvie Isl. RD.
Portland, Oregon 97231
503-939-9502
markalan@prodigy.net

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MARK DICKERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PORTLAND; MULTNOMAH COUNTY; MATT JACOBSEN, AND JOHN DOES 1-15, DEFENDANTS,<br><br>    Defendant | Case No: 3:19-cv-01126-SB<br><br>**CERTIFICATE OF VERIFIED SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically transmitted "Plaintiff's Notice of Appeal" for the Ninth District Court of Appeals, as specified by the instructions for Pro-Se Litigants provided on the Ninth District Court of Appeals website to the following members of the Defendant's legal team. Opposing counsel that was served are as follows:

**CAROLINE TURCO, OSB 083813**
**Deputy City Attorney**
**caroline.turco@portlandoregon.gov**
**Portland City Attorney's Office**
**1221 SW 4th Ave., Rm. 430**
**Portland, OR 97204**
**Telephone: (503) 823-4047**
**Facsimile: (503) 823-3089**
**Of Attorneys for Defendants City of Portland and Matt Jacobsen**

**JENNY M. MADKOUR, COUNTY ATTORNEY**
**FOR MULTNOMAH COUNTY, OREGON**
B. Andrew Jones, OSB No. 091786
Senior Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: andy.jones@multco.us
 Of Attorneys for Defendant Multnomah County

Plaintiff/Appellant, MARK DICKERSON, attests that the aforementioned Certificate of Service is accurate and that Opposing Counsel was indeed served through E-mail notification at their above referenced contact addresses on the date provided in these pleadings.

Dated this 28th Day of December, 2020.

_____
MARK DICKERSON, PRO-SE LITIGANT